Michael E. Lindsey
Attorney at Law
State Bar No. 99044
4455 Morena Blvd., Ste. 207
San Diego, California 92117-4325
(858) 270-7000
mlindsey@nethere.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE AHO, an individual, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC., d.b.a. ACF FINANCIAL SERVICES, INC., a business entity form unknown,<br><br>Defendants. | Case No. 10cv1373 DMS (BLM)<br><br>DECLARATION OF MICHAEL E. LINDSEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION OF PLAINTIFF STEPHEN D. AHO<br><br><br><br>DATE:   September 17, 2010<br>TIME:   1:30 pm<br>PLACE: 940 Front Street, San Diego<br>JUDGE: Hon. Dana M. Sabraw |

I, MICHAEL E.  LINDSEY, declare as follows:

1.      I am an attorney at law, duly licensed to practice law in this Court, and the State of California, and co-lead counsel with John W. Hanson, The Hanson Law Firm.  This Declaration is made in support of the Motion for Class Certification on behalf of class representative Stephen D. Aho.

### BACKGROUND

2.      I attended highschool at Francis W. Parker in San Diego.  I attended undergraduate school at the University of Southern California, Los Angeles, where I graduated in 1978.  I graduated from the University of

1   San Diego School of Law in 1981.  My practice is in civil litigation, and
2   exclusively in the area of consumer law.  I am a founding member of the
3   Southern California Auto Fraud Lawyers Association, a group of trial
4   lawyers specializing in consumer protection cases under the Automobile
5   Sales Finance Act, the Consumer Legal Remedies Act, and the Song
6   Beverly Act.  I am also a member of the National Association of Consumer
7   Attorneys (NACA), a nationwide organization of attorneys representing
8   consumers in a variety of areas.  I have contributed to NACA publications
9   on various areas of consumer law.  I have conducted seminars with
10  business groups, and the Office of the Judge Advocates General at the
11  North Island Naval Airstation in San Diego.  I am a member of the J.
12  Clifford Wallace Inn of Court.

13  3.   I have represented consumers in claims against automobile finance
14       companies, dealers and manufacturers under consumer statutes
15       exclusively since 1995.  I am admitted to the federal courts in the Central
16       and Southern Districts of California.

17  4.   I have handled hundreds of vehicle cases, under the Automobile Sales
18       Finance Act, the Song-Beverly Act, and the Consumer Legal Remedies
19       Act.  To date, I have five published opinions.  They are, *Oregel v.*
20       *American Isuzu*, 90 Cal.App.4th 1094 (2001); *Juarez v. Arcadia Financial*,
21       (2007) 152 Cal.App.4th 889; *Paduano v. American Honda Motor*, 169
22       Cal.App.4th 1453 (2009); *Ortega v. Toyota ,* 572 F.Supp.2d 1218, and
23       published on April 9, 2010, *Salenga v. Mitsubishi Credit*, (2010) 183
24       Cal.App.4th 986.  I was co-lead counsel with Andrew J. Ogilvie and Carol
25       M. Brewer on the *Juarez* case.  Two of the published cases, *Juarez* and
26       *Salenga*, deal specifically with important class action issues under the
27       Unfair Competition Law and the Automobile Sales Finance Act.

28  5.   *Juarez v. Arcadia Financial*, (2007) 152 Cal.App.4th 889*,* is the seminal

DECLARATION OF MICHAEL E. LINDSEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
OF PLAINTIFF STEPHEN D. AHO, *Aho v. AmeriCredit* , Case No. 10cv1373 DMS (BLM)        2

case in this area on post repossession notices and deficiency balances.  It reiterated the requirements for the post repossession Notice of Intent to Dispose of Vehicle in California, Civil Code § 2983.2 (a).  It along with *Bank of America v. Lallana* (1998) 19 Cal.4th 203, established that if the Notice fails to comply with the ASFA, the finance company is not entitled to any deficiency following the sale of the vehicle.  That is the nub of this case.

6.    I have been counsel or co-lead counsel in a number of class actions concerning the Rees-Levering Automobile Sales Finance Act, Civil Code § 2981 et seq., including the aforementioned *Juarez v. Arcadia Financial, Ltd.*, (2007) 152 Cal.App.4th 889, *Canton v. Citizens Automobile Finance, Inc.*, Alameda County Superior Court; *Smith v.  AmeriCredit* , USDC Southern District, *Aguayo v.  US Bank* USDC Southern District, and *Ramirez v.  Balboa Thrift and Loan*, SDSC, *Chavez, Pilar v.  American Honda Finance Corporation*, SDSC, *De La Cruz, Jackson v.  Wachovia*, SDSC, *McNees v.  Toyota Motor Credit Corporation*, *Mills, Johanson v. Toyota Motor Credit Corporation*, Stanislaus County Superior Court, *Salenga v.  Mitsubishi Motors Credit of America, Inc.*, SDSC, *Lockabey v. American Honda Motor Co., Inc.*, SDSC, and others.

7.    The Honda Finance Cases, which were granted final approval on August 13, 2010, illustrate the benefits that can be achieved in these cases.  The class settlement produced benefits approximately 27,000 California consumers subjected to Honda's claims for invalid deficiencies[1].  Those 27,000 class members will have their credit reports dramatically improved, eliminating the credit report reference to deficiencies of thousands, or tens of thousands of dollars.  In a time of severe economic hardship, this

---

[1]Here the class would be even larger, 93,035 class members according to Exhibit 6, 4:15, response to Special Interrogatory 7.

DECLARATION OF MICHAEL E. LINDSEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION OF PLAINTIFF STEPHEN D. AHO, *Aho v. AmeriCredit* , Case No. 10cv1373 DMS (BLM)      3

settlement also put a stop to the often aggressive collection efforts used against them, both by American Honda Finance Corporation, and the debt collector companies to which such accounts are typically assigned.  The settlement eliminated approximately $137,627,000 million in outstanding claimed deficiency balances, which otherwise would have subjected class members to years of collections efforts and bad credit.

8.    Per the settlement, American Honda Finance Corporation will pay restitution to consumer class members who paid all or a part of deficiency balances that they did not actually owe.  A settlement fund of approximately $7,000,000.00 will reimburse those who made post repossession payments on the invalid deficiencies. Reimbursements are expected to equal approximately 85% of amounts paid when all is said and done.  Funds remaining after distribution go first, to make additional payments to any Refund Eligible Class Members and second, as a cy pres remedy.

9.    I have attached as Exhibits true and correct copies of the following documents;

Exhibit 1    Notice of Intent to Dispose of Vehicle from AmeriCredit to Arturo Arguelles-Romero, *Arguelles v. AmeriCredit*, BC410509, LASC, dated October 23, 2008.

Exhibit 2    Notice of Intent to Dispose of Vehicle from AmeriCredit to Brandi Bankston dated May 12, 2009, *Bankston v. AmeriCredit*, 09cv04892, Northern District of California.

Exhibit 3    Notice of Intent to Dispose of Vehicle from AmeriCredit to Juan  dated January 16, 2007, *Cardenas v. AmeriCredit*, 09cv04978, Northern District of California.

Exhibit 4    Notice of Intent to Dispose of Vehicle from AmeriCredit to Andre L. Morrison, dated July 10, 2008.

DECLARATION OF MICHAEL E. LINDSEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION OF PLAINTIFF STEPHEN D. AHO, *Aho v. AmeriCredit* , Case No. 10cv1373 DMS (BLM)          4

| | Exhibit 5 | Declaration of AmeriCredit Vice President Craig Paterson in support of AmeriCredit's Notice of Removal, *Bankston v. AmeriCredit*, 09cv04892, Northern District. |
| | Exhibit 6 | AmeriCredit's Responses and Objections to Plaintiffs First Set of Special Interrogatories, *Arguelles-Romero v. AmeriCredit*, BC410509, LASC, verified by Craig Paterson. |
| | Exhibit 7 | Declaration of Brandi Bankston, filed in opposition to AmeriCredit's Motion for Summary Judgment, Bankston v. AmeriCredit, 09cv04892, Northern District of California. |

10.   I am unaware of any individual (non class) litigation or arbitration regarding AmeriCredit and its NOIs.

11.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 16, 2010

/s/Michael E. Lindsey
Michael E. Lindsey
Attorney for Plaintiff

1

PROOF OF SERVICE

(Sections 1013a, 2015.5 C.C.P.)

2

STATE OF CALIFORNIA     )
3                                         ) ss.
COUNTY OF SAN DIEGO )

4

5          I am employed in the County of San Diego, State of California.  I am over the age of 18
and not a party to the within action.  My business address is: 4455 Morena Blvd., Ste. 207, San
Diego, California 92117-4325.

6

7          On the date shown below,  I served the foregoing document described as:

8  DECLARATION OF MICHAEL E. LINDSEY IN SUPPORT OF MOTION FOR
CLASS CERTIFICATION OF PLAINTIFF STEPHEN D. AHO
   Aho v. AmeriCredit , Case No. 10cv1373 DMS (BLM)

9

10  to the interested parties in this action by mail at San Diego, California addressed as follows:

11  Peter S. Hecker
Sheppard Mullin Richter & Hampton LLP
12  Four Embarcadero Center, 17th Floor
San Francisco, CA, 94111-4109

13

      [X]     (**BY EFILE**) The above document was served on the interested party named above by
14                electronic means via Efile.

15      []      (**BY MAIL**)  The envelope was mailed with postage thereon fully prepaid.  As follows:  I
                am "readily familiar" with this office's practice of collecting and processing
16                correspondence for mailing.  Under that practice it would be deposited with U.S. postal
                service on that same day with postage thereon fully prepaid at San Diego, California in
17                the ordinary course of business.  I am aware that on motion of the party served, service is
                presumed invalid if postal cancellation date or postage meter date is more than one day
18                after date of deposit for mailing in affidavit.

19      [ ]     (**BY PERSONAL SERVICE**) I caused to be delivered such envelope by hand to the
                addressee.

20

21      [X]     (**FEDERAL**] I declare that I am a member of the bar of this court.

22          Executed on August 16, 2010, at San Diego, California.

23

24                                                                        /s/Michael E. Lindsey
                                                                          Michael E. Lindsey
25

26

27

28

DECLARATION OF MICHAEL E. LINDSEY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
OF PLAINTIFF STEPHEN D. AHO, *Aho v. AmeriCredit* , Case No. 10cv1373 DMS (BLM)          6